UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

LAURIE ANN JACKSON,

                        Plaintiff,          3:14-CV-0350
                                                        (GTS/ATB)

v.

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
_____

APPEARANCES:                                           OF COUNSEL:

CLARK JORDAN PEZZINO                    AMANDA R. JORDAN, ESQ.
  Counsel for Plaintiff
1207 Delaware Ave., Suite 202
Buffalo, New York 14209

SOCIAL SECURITY ADMINISTRATION      MONIKA K. CRAWFORD, ESQ.
OFFICE OF REG'L GEN. COUNSEL–REGION II
  Counsel for Defendant
26 Federal Plaza, Room 3904
New York, New York 10278

GLENN T. SUDDABY, United States District Judge

## **DECISION and ORDER**

       The above matter comes to this Court following a Report-Recommendation by United

States Magistrate Andrew T. Baxter, filed on April 7, 2015, recommending that the

Commissioner's decision be affirmed and Plaintiff's Complaint be dismissed. (Dkt. No. 13.)

Objections to the Report-Recommendation have not been filed and the time in which to do so

has expired. (*See generally* Docket Sheet.) After carefully reviewing all of the papers herein,

including Magistrate Judge Baxter's thorough Report-Recommendation, the Court can find no

clear error in the Report-Recommendation.[1] As a result, the Report-Recommendation is accepted and adopted in its entirety; and Plaintiff's Complaint is dismissed in its entirety.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Baxter's Report-Recommendation (Dkt. No. 13) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's motion for judgment on the pleadings (Dkt. No. 11) is **DENIED**; and it is further

**ORDERED** that Defendant's motion for judgment on the pleadings (Dkt. No. 12) is **GRANTED**; and it is further

**ORDERED** that the Commissioner's decision is **AFFIRMED**; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED**.

Dated: May 15, 2015
Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge

---

[1] When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a *clear error* review. Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition. When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id.*; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks and citations omitted).